LINDA MILLER SAVITT, SBN 94164
lsavitt@brgslaw.com
ERIC C. SCHWETTMANN, SBN 188784
eschwettmann@brgslaw.com
CHARLES H.W. FOSTER, SBN 329573
cfoster@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Telephone:   (818) 508-3700
Facsimile:   (818) 506-4827

Attorneys for Defendants McLANE FOODSERVICE DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GARY OJEDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCLANE FOODSERVICE DISTRIBUTION, INC., a North Carolina corporation; GARY EDWARDS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00717 TJH-SHKx<br><br>(SBSC Case No. CIVSB2114006)<br><br>**ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6]** |

**IT IS HEREBY ORDERED THAT** the above entitled-action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).  The parties are to bear his, its, or their own costs and attorney's fees.

DATED: JUNE 16, 2022

_____
TERRY J. HATTER, JR.
United States District Judge

1909068.1

ORDER RE: STIPULATION RE: DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436.

On June 16, 2022, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action as follows:

## SERVICE LIST

STANSBURY BROWN LAW
Daniel J. Brown, Esq.
Ethan C. Surls, Esq.
2610½ Abbot Kinney Blvd.
Venice, CA 90291
Tel: (323) 207-5925
Email:
dbrown@stansburybrownlaw.com
esurls@stansburybrownlaw.com

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List. I am "readily familiar" with Ballard Rosenberg Golper & Savitt, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Encino, California, on that same day following ordinary business practices.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 16, 2022, at Encino, California.

*Karen Thomson*

Karen Thomson